IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHESTER O'QUINN,

    Plaintiff,

v.

Michael Atchison,

    Defendant.                                    No. 12-cv-746-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 24), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this cause of action is **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                            BY:  s/*Sara Jennings*
                                      Deputy Clerk

**DATED:** April 7, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.07
12:31:14 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**